# EXHIBIT C



**Littler Mendelson, P.C.**
321 North Clark Street
Suite 1100
Chicago, Illinois 60654


Colton Long
Shareholder
312.795.3238 direct
312.372.5520 main
AuthorFaxNo fax
clong@littler.com

July 1, 2026


Justin K. Victor
Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305


> **RE:**    Response to June 25, 2026 Correspondence

Dear Justin:

We represent Angels of Care Pediatric Home Health ("Angels of Care") in connection with your June 25, 2026 correspondence on behalf of Aveanna Healthcare, LLC ("Aveanna").

Angels of Care has no interest in possessing, using, or retaining Aveanna's confidential or proprietary information. Accordingly, Angels of Care has undertaken an investigation to determine whether any such information exists within its possession, custody, or control and, if so, to ensure that it will be preserved pending resolution of this matter. That investigation included the following steps:

***First***, Angels of Care conducted interviews of Jaycee and Scott Everly. Mr. Everly confirmed that he did not retain any Aveanna documents upon the termination of his employment and is not in possession of any such documents. By contrast, Ms. Everly advised that she retained two documents in her personal Gmail account following her departure, entitled "Caregiver List.pdf" and "CNA CP Breakdown.pdf."

She further stated that, despite conducting a thorough review of her Gmail account, including her inbox, sent items, and deleted items, she could not identify the "Patient List.pdf" referenced in your correspondence, or any other document she believes corresponds to the screenshot attached to your letter. She also noted that the ".gif" and ".png" files reflected in the screenshot are not separate Aveanna documents, but rather image artifacts generated by her Aveanna email signature. Finally, Ms. Everly represented that she did not upload the two documents she identified, or any other Aveanna document, to any Angels of Care device.

Justin K. Victor
July 1, 2026
Page 2

*Second*, the Company directed, with counsel oversight, Angels of Care's IT department to conduct a comprehensive review of Ms. Everly's and Mr. Everly's Angels of Care email accounts. That review included the following components: **(i)** full PST exports of both email accounts; **(ii)** review of all inbox, sent, deleted, and purged items; **(iii)** extended Exchange message trace reports utilizing both employees as senders and recipients; **(iv)** searches for communications with known personal email accounts, including Jayceesanchezha9@gmail.com; and **(v)** a manual review of every email containing one or more attachments. In addition, Angels of Care is conducting targeted searches of the company-issued devices assigned to the relevant employees for the filenames identified in your correspondence, as well as any other documents reasonably identifiable as originating from Aveanna, including the two mentioned above.

To date, those efforts have not identified any evidence that Ms. Everly or Mr. Everly **(1)** transmitted the at-issue documents, or any other Aveanna document, through their Angels of Care email accounts or **(2)** otherwise uploaded, transferred, or stored any such documents on Angels of Care systems or company-issued devices.

*Third*, Angels of Care has taken immediate steps to ensure that no Aveanna information is accessed, used, or deleted while this matter is being investigated. Ms. Everly and Mr. Everly have been instructed to preserve all Aveanna materials in their current state and not alter, disseminate, or otherwise interact with those materials pending further direction from Aveanna. In addition, Angels of Care's IT department is evaluating the necessary technical measures to prevent Ms. Everly from accessing her personal Gmail account from any Angels of Care-issued device.

*Finally*, Angels of Care remains willing to execute reasonable declarations confirming that it does not seek, possess, or use Aveanna's confidential or proprietary information, has prohibited its employees from using any such information, and will not knowingly or tortiously interfere with any enforceable contractual obligations owed to Aveanna.

*    *    *

Please advise how your client would like Angels of Care to proceed with respect to the two documents Ms. Everly identified as remaining in her personal Gmail account, including whether your client seeks their preservation, deletion, or some other disposition.

We're available this afternoon or tomorrow (July 2) to discuss these issues further. Please feel free to contact Tom Carroll at tcarroll@littler.com or me at clong@littler.com.

Justin K. Victor
July 1, 2026
Page 3

Sincerely,

*/s/ Colton Long*

Colton D. Long

cc:
James Witz;
Tom Carroll;
Lauren Peach; and
Alex Schramkowski