# EXHIBIT D



June 8, 2026

Jaycee Everly
25 Hudspeth Ln
Pueblo, CO 81005

*VIA ELECTRONIC MAIL (E-MAIL) & OVERNIGHT DELIVERY*

**RE: Cease and Desist**

Dear Jaycee:

It has come to my attention that you ended your employment with Aveanna Healthcare, LLC ("Aveanna" or "the Company") and accepted a position with Angels of Care.  This letter serves as a reminder to you of your continuing obligations under the Protective Agreement Non-Solicitation and Confidentiality ("Agreement") with Aveanna, which you signed (copy attached) and to demand that you not engage in unfair business practices by violating those obligations.

You were employed by Aveanna in a position of trust and confidence.  The Agreement is necessary to protect Aveanna against disclosure of its trade secrets and confidential information.  The Agreement also is necessary to prevent unfair competitive practices.

As you are aware, your Agreement prohibits you from engaging in conduct detrimental to Aveanna, and specifically provides in part:

**Definitions**

**2.8 "Restricted Period"** means the period of Employee's employment with the Company and: (a) if Employee has national, regional or area responsibilities as of the Last Day, a period of twelve (12) months after the Last Day; or (b) if Employee has location responsibilities without regional or area responsibilities, as of the Last Day, a period of nine (9) months after the Last Day. Employee recognizes that this durational term is reasonably and narrowly tailored to the Company's legitimate business interest and need for protection with each position Employee holds at the Company.

**Restrictive Covenants**
To protect the Company's legitimate business interests, including with respect to Employee's access to and use of the Company's Confidential Information and Trade Secrets, including key information about, and goodwill in, its Patients, Referral Sources, and employees, Employee agrees that:

**3.2 Non-Solicitation and Non-Inducement of Patients or Referral Sources.**  During the Restricted Period and in connection with a Competitive Product or Service, Employee shall not, directly or indirectly: (a) solicit or refer, or attempt to solicit, refer, or recruit any Patient or Referral Source to a Competitor; or (b) induce or encourage any Patient or Referral Source to terminate a relationship with the Company or otherwise cease accepting services or products from the Company.

(continued on following page)

June 8, 2026
Jaycee Everly
Page 2 of 2

**3.3 Non-Solicitation and Non-Inducement of Employees.** During the Restricted Period, Employee shall not, directly or indirectly: (a) solicit, recruit, or encourage (or attempt to solicit, recruit, or encourage), or by assisting others in soliciting, recruiting or encouraging, any Company employees or former employees with whom Employee worked, had business contact, or about whom Employee gained non-public or Confidential Information ("Employees or Former Employees") to terminate their employment with the Company or find employment or work with another person or entity; (b) contact or communicate with Employees or Former Employees for the purpose of inducing, assisting, encouraging and/or facilitating them to terminate their employment with the Company or find employment or work with another person or entity; (c) provide or pass along to any person or entity the name, contact and/or background information about any Employees or Former Employees or provide references or any other information about them; (d) provide or pass along to Employees or Former Employees any information regarding potential jobs or entities or persons for which to work, including but not limited to, job openings, job postings, or the names or contact information of individuals or companies hiring people or accepting job applications; and/or (e) offer employment or work to any Employees or Former Employees. For purposes of this covenant, "Former Employees" shall refer to employees who are not employed by the Company at the time of the attempted recruiting or hiring, but were employed by, or working for the Company in the three (3) months prior to the time of the attempted recruiting or hiring and/or interference.

**3.5 Covenants are Reasonable.** Employee acknowledges and agrees that: (a) the covenants in this section (i) are necessary and essential to protect the Company's Confidential Information, Trade Secrets and the goodwill in its Patients, Referral Sources, customers and employees; (ii) the area, duration and scope of the covenants are reasonable and necessary to protect the Company; (iii) do not unduly oppress or restrict Employee's ability to earn a livelihood in Employee's chosen profession; (iv) are not an undue restraint on Employee's trade or any of the public interests that may be involved; (b) good and valuable consideration exists for Employee's agreement to be bound by the covenants in this section; and (c) the Company has a legitimate business purpose in requiring Employee to abide by the covenants set forth in this section.

Upon information and belief, you have been directly marketing to and/or contacting the Company's patients and employees to recruit and/or solicit them to go to your current employer, Angels of Care.  If true, this conduct is in direct violation of the terms of the Agreement you signed with Aveanna.  Please remember that although you are no longer an Aveanna employee, you are still bound by the agreement you signed.

**You are prohibited from using or disclosing any trade secrets or confidential information and you are prohibited from trying to solicit patients and employees with whom you had contact while at Aveanna and anyone else, where to do so implies the use or disclosure of Aveanna's trade secrets or confidential information.**

This letter is not intended, nor should it be construed, to waive any rights Aveanna may have to fully enforce all of the provisions of your Agreement.  Should you engage in any acts that are in violation of your agreement with Aveanna, the Company will have no other option than to pursue its legal remedies to the fullest extent possible.

Please contact me at (818) 937-4602 or by email at Steven.Davidson@Aveanna.com if you have any questions regarding your responsibilities toward the Company.

Sincerely,

Steven Davidson
Regional Vice President, People Services

Enclosure