# EXHIBIT F

Docusign Envelope ID: 9EA22C97-F851-4340-B65A-BCD2086C1217

**Notice of Restrictive Covenant to Colorado Employees**

This notice is to advise you that the Company is, contemporaneously with this notice, providing you with a Protective Agreement (the "Agreement") containing covenants that could restrict your options for subsequent employment following separation from the Company, in that you will be prohibited from certain competition and solicitation of patients and referral sources, etc. as described in Sections 3.1, 3.2 and 3.4 of the Agreement (as modified by the Colorado Addendum) and from disclosing or using Confidential Information as described in Section 4 of the Agreement (as modified by the Colorado Addendum).

If you were already employed by the Company on the date of your signature to the Agreement, you acknowledge that this Notice was provided to you at least fourteen (14) days before the earlier of the effective date of the restrictive covenant or the effective date of the consideration for such covenant. If this Agreement is entered into in connection with the commencement of your employment with the Company, you acknowledge that this Notice was provided to you prior to your formal acceptance of the Company's offer of employment.

ACKNOWLEDGED AND AGREED BY EMPLOYEE:

Signature: _____ Jaycee Everly _____
Signed by:
A4A85C68F5704AE...

Name: _ Jaycee Everly _____

Dated: _ 4/20/2026 _____